DENNY MAISON, OSB #094300
denny@dmaisonlaw.com
MAISON LAW, P.C.
333 SW Taylor St Ste 300
Portland, OR 97204
(503) 455-7522
Attorney for Emmanuel Bravo

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMMANUAL BRAVO,<br><br>Defendant. | Case No.: 3:24-cr-00367-SI<br><br>DEFENDANT'S SENTENCING MEMORANDUM<br><br>(Sentencing August 31, 2026 at 2:30 p.m.) |

Defendant, Emmanual Bravo will appear for sentencing on August 31, 2026 at 2:30 p.m. For the reasons set out in the confidential supplement to the presentence report filed today, the defense respectfully recommends a sentence of five months in prison.

Dated: August 26, 2026.

*/s/ Denny Maison*
Denny Maison, OSB No. 094300
Attorney for Emmanuel Bravo